Bradley T. Austin, Esq.
Nevada Bar No. 13064
Aleem A. Dhalla, Esq.
Nevada Bar No. 14188
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
Email: baustin@swlaw.com
        adhalla@swlaw.com

*Attorneys for Defendants Bitec, Inc. and
Garland Industries, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNFORGETTABLE COATINGS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>BITEC, INC., an Arkansas corporation; GARLAND INDUSTRIES, INC., an Ohio corporation; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01497-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Unforgettable Coatings, Inc. ("Plaintiff") and Defendants Bitec, Inc. ("Bitec") and Garland Industries, Inc. ("Garland," and together with Plaintiff and Bitec, the "Parties"), by and through their attorneys, hereby submit this Stipulation for an extension of time for Defendants to answer or otherwise plead up to and including **June 5, 2026** for the following reasons:

1.    Bitec was served with Plaintiff's complaint on April 17, 2026, making its answer due May 8, 2026.   Garland was served with the complaint on April 20, 2026, making its answer due May 11, 2026.  Plaintiff agreed to grant Defendants an extension to answer the complaint to May 29, 2026 in the state court action.

2.    On May 14, 2026 Defendants filed the Notice of Removal to the U.S. District Court for the District of Nevada. Pursuant to FRCP Rule 81(c)(2), the deadline to respond to the complaint is twenty-one (21) days after service of the summons and complaint, or seven (7) days after filing

the removal, whichever is later.  Counsel had already agreed to an extension of the response deadline, but removal advanced that deadline.

3.      Moreover, counsel for Defendants were engaged days before filing the removal. Nonetheless Defendants' counsel has been coordinating with its clients to gather the necessary information to prepare the response(s); however Defendants' counsel presently does not have all the information necessary to adequately respond to the complaint, but are working diligently to do so.

4.      Additionally, counsel for Defendants is currently preparing for trial in another matter and traveling out of state for a short period of time.

5.      Plaintiff has agreed to allow Defendants up to and including June 5, 2026 to respond to the complaint.

6.      This extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties respectfully request an extension for Defendants to respond to Plaintiff's complaint up to and including **June 5, 2026**.

Dated:  June 1, 2026

SNELL & WILMER L.L.P.

By: */s/ Aleem A. Dhalla*
    Bradley T. Austin, Esq.
    Nevada Bar No. 13064
    Aleem A. Dhalla, Esq.
    Nevada Bar No. 14188
    1700 S. Pavilion Center Drive, Suite 700
    Las Vegas, Nevada 89135

*Attorneys for Defendants Bitec, Inc. and Garland Industries, Inc.*

Dated:  June 1, 2026

PEEL BRIMLEY LLP

By: */s/ Troy P. Domina*
    Troy P. Domina, Esq.
    Nevada Bar No. 13862
    Logan D. Biesinger, Esq.
    Nevada Bar No. 17047
    3333 E. Serene Avenue, Suite 200
    Henderson, Nevada 89074

*Attorneys for Unforgettable Coatings, Inc.*

IT IS SO ORDERED.
Dated:  June 1, 2026

.

.

_____
Nancy J. Koppe
United States Magistrate Judge

- 2 -